**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-02698-CMA-CBS

HIGHLINE CAPITAL CORP., a Delaware corporation,

    Plaintiff,

v.

CLIPPER CAPITAL MANAGEMENT, LLC,
   d/b/a QUIZNOS, a California limited liability company,
DAVID HALLARAN,
JEFFREY MORGAN, and
BRETT AWBREY,

    Defendants.

**ORDER GRANTING DISMISSAL OF CLAIMS
AGAINST DEFENDANT DAVID HALLARAN**

This matter is before the Court on Plaintiff's Unopposed Motion To Dismiss Claims Against David Hallaran (Doc. # 17).  The Court has reviewed the Motion and ORDERS as follows:

Plaintiff Highline Capital Corp.'s claims against Defendant David Hallaran are hereby DISMISSED WITH PREJUDICE, pursuant to F.R.Civ.P. 42(a)(2).  It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of David Hallaran as a defendant in this case.

    DATED:  May __27__, 2009

                                    BY THE COURT:

                                    *Christine M Arguello*
                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Judge