**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-02698-CMA-CBS

HIGHLINE CAPITAL CORP., a Delaware corporation,

      Plaintiff,

v.

CLIPPER CAPITAL MANAGEMENT, LLC,
    d/b/a QUIZNOS, a California limited liability company,
JEFFREY MORGAN, and
BRETT AWBREY,

      Defendants.

---

## ORDER TO ENTER JUDGMENT

---

      Pursuant to Defendant Clipper Capital Management, LLC's Confession of

Judgment (Doc. # 19), the Clerk of the Court is directed to enter judgment in favor of

Plaintiff Highline Capital Corp. and against Defendant Clipper Capital Management, LLC

in the amounts set forth in Defendant Clipper's Confession.

      DATED:  June __30__, 2009

                      BY THE COURT:

                      _Christine M Arguello_

                      _____

                      CHRISTINE M. ARGUELLO
                      United States District Judge