**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-02698-CMA-CBS

HIGHLINE CAPITAL CORP., a Delaware corporation,

    Plaintiff,

v.

CLIPPER CAPITAL MANAGEMENT, LLC,
   d/b/a QUIZNOS, a California limited liability company,
JEFFREY MORGAN, and
BRETT AWBREY,

    Defendants.
_____

**ORDER DISMISSING CLAIMS AGAINST BRETT AWBREY WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)**
_____

The Court, having reviewed the Unopposed Motion to Dismiss Claims Against Brett Awbrey With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2) (Doc. #34) filed by Highline Capital Corp., the case file and otherwise being advised in the premises, GRANTS the Motion and dismisses Highline Capital Corp.'s claims against Brett Awbrey with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

    DATED: December 30, 2011

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge